Prisoner IFP 6/15

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

<u>SOUTHERN</u> DIVISION

CIV. <u>4:16-4057-KES</u>

<u>WINSTON GREY BRAKEALL</u>,

    Plaintiff/Petitioner,

vs.

**NOTICE OF APPEAL**

<u>DERRICK BIEBER, ET AL.</u>,

    Defendant/Respondent.

Notice is hereby given that <u>WINSTON GREY BRAKEALL</u>, Plaintiff/Petitioner above named, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the <u>JUDGMENT</u> (Judgment, Order, etc.) entered in this action on the <u>18</u> day of <u>NOVEMBER</u>, 20<u>19</u>.

Dated this <u>25</u> day of <u>NOVEMBER</u>, 20<u>19</u>.

                                      _/s/ [signature]_
                                      Plaintiff/Petitioner (Pro Se)

                                      <u>1412 WOOD ST</u>
                                      Address

                                      <u>SPRINGFIELD, SD 57062</u>
                                      City          State      Zip Code

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| WINSTON GREY BRAKEALL, | 4:16-CV-04057-KES |
| Plaintiff, | |
| vs. | JUDGMENT |
| DERRICK BIEBER, UNIT MANAGER AT SDSP; IN HIS INDIVIDUAL CAPACITY; TIM MEIROSE, UNIT MANAGER AT SDSP; IN HIS INDIVIDUAL CAPACITY; RYAN VANDERAA, SDDOC EMPLOYEE EMPLOYED AT SDSP, JPA, AND/OR UNIT C IN SIOUX FALLS, SOUTH DAKOTA IN HIS INDIVIDUAL CAPACITY; WILLIAM ALLEN, CORRECTIONAL OFFICER WITH THE RANK OF CORPORAL AT SDSP; IN HIS INDIVIDUAL CAPACITY; LT. R. BROWN, SDDOC EMPLOYEE EMPLOYED AT SDSP, JPA, AND/OR UNIT C IN SIOUX FALLS, SOUTH DAKOTA; IN HIS INDIVIDUAL CAPACITY; MAJOR STEVE BAKER, SDDOC EMPLOYEE EMPLOYED AT SDSP, JPA, AND/OR UNIT C IN SIOUX FALLS, SOUTH DAKOTA; IN HIS INDIVIDUAL CAPACITY; AND LT. CHAD ROTERT, SDDOC EMPLOYEE EMPLOYED AT SDSP, JPA, AND/OR UNIT C IN SIOUX FALLS, SOUTH DAKOTA; IN HIS INDIVIDUAL CAPACITY; | |
| Defendants. | |

Under the Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment and Order on Substitution, it is

ORDERED, ADJUDGED, AND DECREED that summary judgment is granted in favor of Mike Leidholt, Robert Dooley, Darin Young, and Tim Meirose.

DATED November 18, 2019.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

